106 F.3d 393
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Ronald Joseph PLUNKETT, Defendant-Appellant.
 No. 96-7221.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 9, 1997.
Decided Jan. 23, 1997.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CR94-353-DKC)
 Ronald Joseph Plunkett, Appellant Pro Se.
 Douglas Brooke Farquhar, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, MD, for Appellee.
 Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying his motion for the return of seized property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Plunkett, No. CR-94-353-DKC (D. Md. June 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED